IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRADLEY MAXWELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00468 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the court on Maxwell's unopposed motion to compel discovery (Docket No. 17). Upon consideration of the motion, it is hereby **ORDERED** that the motion is **GRANTED** to the extent that defendants are **DIRECTED** to respond to Maxwell's discovery requests within twenty days.

The Clerk is directed to send copies of this order to the parties.

    Enter: May 26, 2016

    /s/ *Robert S. Ballou*

    Robert S. Ballou
    United States Magistrate Judge