IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BRADLEY MAXWELL,** | ) | Civil Action No. 7:15-cv-00468 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD CLARKE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (dkt. 23) is **GRANTED** as to all federal claims; any state law claim is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3); and the case is **STRICKEN**.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 26th day of September, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE